**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>                    Plaintiff,<br><br>     v.<br><br>CARLOS ROQUE; MAGDALENA FERNANDEZ; TRIPLE S GOLDEN STATE CORPORATION, a California Corporation; and DOES 1-10,<br><br>                    Defendants. | Case No. 1:13-cv-1628-AWI-SMS<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS THAT THE COURT DENY DEFENDANTS' MOTIONS TO DISMISS<br><br>(Docs. 8 & 10) |

On July 29, 2013, Plaintiff Scott Johnson ("Plaintiff") filed a complaint in the Sacramento division of this district. Doc. 1. The defendants are Carlos Roque, Magdalena Fernandez, and Triple S Golden State Corporation ("Defendants"). On October 9, 2013, the case was transferred to this division. Doc. 21; Local Rule 120(d). Motions to dismiss were filed by Roque and Fernandez (doc. 8) and by Triple S (doc. 10). Plaintiff opposed. Docs. 14, 24. Defendants did not reply.

Alongside their motions to dismiss, Defendants also moved for Rule 11 sanctions. Docs. 6, 9. Plaintiff opposed and cross-moved for sanctions. Doc. 15. Defendants later withdrew their motions for sanctions. Docs. 29, 30. Plaintiff's motion for sanctions remained on calendar.

The matter was referred to the Magistrate Judge, who on December 13, 2013 recommended Defendants' motions be denied, with a stay remaining on Plaintiff's motion for sanctions pending consideration of these Findings and Recommendations by the District Judge. Doc. 32.

The Findings and Recommendations provided fourteen days to file objections. None were filed. In accordance with 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of this case and finds the Findings and Recommendations to be supported by the record and proper analysis.

Accordingly, the Court orders that:

1. The Findings and Recommendations are adopted in full;
2. Defendants' motions to dismiss are DENIED; and
3. The stay on Plaintiff's motion for sanctions is lifted.

IT IS SO ORDERED.

Dated:   February 24, 2014                          _____
                                                                    SENIOR  DISTRICT  JUDGE