1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Scott Johnson,

        Plaintiff,

   v.

Carlos Roque;
Magdalena Fernandez;
Triple S Golden State Corporation, a
California Corporation; and Does 1-
10,

        Defendants.

Case: 1:13-CV-01628-AWI-SMS

**STIPULATION FOR
DISMISSAL PURSUANT TO
F.R.CIV.P. 41 (a) (1); & ORDER
THEREON**

## ORDER

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice. The court shall retain jurisdiction to enforce the terms of the settlement.

IT IS SO ORDERED.

Dated:  March 18, 2014 

_____
SENIOR  DISTRICT  JUDGE